**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KMS INTERESTS, INC.,

                      Plaintiff,

      -against-                            21 **CIVIL** 2357 (KPF)

                                                    **JUDGMENT**

STARR SURPLUS LINES INSURANCE
COMPANY,

                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2022, Defendant's motion to dismiss for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 29, 2022

                                                     **RUBY J. KRAJICK**
                                                      Clerk of Court
                       **BY:**  *K. Mango*
                                                      **Deputy Clerk**